

NUMBER 13-16-00366-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES CASWELL AND RONALD BINKLEY,                    Appellants,

v.

SANTIAGO PEREZ,                                      Appellee.

On appeal from the 201st District Court
of Travis County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Hinojosa
Memorandum Opinion Per Curiam**

Appellants, James Caswell and Ronald Binkley, perfected an appeal from a

judgment entered by the 201st District Court of Travis County, Texas, in cause number

D-1-GN-13-003065.[1]   The parties have filed an agreed motion to dismiss the appeal on

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

grounds that the parties have resolved the dispute. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Delivered and filed
the 12th day of January, 2017.